**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7238**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BRANDON MICHAEL JONES,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:08-cr-00105-D-2)

Submitted:  April 11, 2024                          Decided:  April 16, 2024

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brandon Michael Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Michael Jones appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  Upon review of the record, we conclude that the district court did not abuse its discretion by denying Jones' motion.  *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review). Accordingly, we affirm the district court's order.  *United States v. Jones*, No. 5:08-cr-00105-D-2 (E.D.N.C. Dec. 7, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*